# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| ARSENAL RESOURCES DEVELOPMENT LLC, *et al.*, | ) Case No. 19-12347 (BLS) |
|  | ) |
|  | ) (Joint Administration Requested) |
| Debtors.[1] | ) |

## AGENDA FOR FIRST DAY HEARING[2]
## AND INDEX OF FIRST DAY PLEADINGS

**Date and Time of Hearing:** <u>**NOVEMBER 12, 2019 AT 10:00 A.M. (ET)**</u>[3]

**Location:**   **UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 N. MARKET STREET, 5TH FLOOR, COURTROOM NO. 6, WILMINGTON, DELAWARE 19801**

## PETITION AND RELATED PLEADINGS

1. Voluntary Chapter 11 Petitions

    A. Arsenal Resources Development LLC [Case No. 19-12347]
    B. Arsenal Energy Holdings LLC [Case No. 19-12348]
    C. Arsenal Resources Intermediate Holdings LLC [Case No. 19-12349]
    D. Arsenal Resources Energy LLC [Case No. 19-12350]
    E. Arsenal Resources Development Holdings 2 LLC [Case No. 19-12351]
    F. Arsenal Resources Development Holdings 1 LLC [Case No. 19-12352]
    G. Arsenal Gas Marketing LLC [Case No. 19-12353]
    H. Arsenal Midstream LLC [Case No. 19-12354]
    I. Arsenal Water LLC [Case No. 19-12355]
    J. Ulysses Gathering LLC [Case No. 19-12356]
    K. Mar Key LLC [Case No. 19-12357]

---

[1] The debtors in the chapter 11 cases, along with the last four digits of each debtor's United States federal tax identification number, are: Arsenal Resources Development LLC (4072); Arsenal Energy Holdings LLC (6279); Arsenal Resources Intermediate Holdings LLC (5901); Arsenal Resources Energy LLC (2820); Arsenal Resources Development Holdings 2 LLC (3020); Arsenal Resources Development Holdings 1 LLC (9647); Arsenal Gas Marketing LLC (1113); Arsenal Midstream LLC (9654); Arsenal Water LLC (2465); Ulysses Gathering LLC (6546); Mar Key LLC (5428); Arsenal Resources LLC (3422); River Ridge Energy Holdings, LLC (8135); River Ridge Energy, LLC (5623); River Ridge Pennsylvania, LLC (5444); River Ridge Operating, LLC (4051); and Seneca-Upshur Petroleum, LLC (9204). The debtors' mailing address is 6031 Wallace Road Ext., Suite 300, Wexford, PA 15090.

[2] Please be advised that the hearing will be held on the **5th Floor, in Courtroom No. 6**.

[3] All parties wishing to participate in the Hearing telephonically must make arrangements with CourtCall by telephone at (888) 882-6878 or on the internet at www.courtcall.com.

  L. Arsenal Resources LLC [Case No. 19-12358]
  M. River Ridge Energy Holdings, LLC  [Case No. 19-12359]
  N. River Ridge Energy, LLC [Case No. 19-12360]
  O. River Ridge Pennsylvania, LLC [Case No. 19-12361]
  P. River Ridge Operating, LLC [Case No. 19-12362]
  Q. Seneca-Upshur Petroleum, LLC [Case No. 19-12363]

2. Declaration of Allen Goetz, the Debtors' Chief Financial Officer, in Support of Chapter 11 Petitions and First Day Relief [D.I. 2, 11/8/19]

**MATTERS GOING FORWARD**

3. Motion of Debtors for Order Authorizing Joint Administration of Chapter 11 Cases [D.I. 3, 11/8/19]

  Status: This matter is going forward.

4. Motion of Debtors for Interim and Final Orders (A) Authorizing Continued Use of Existing Cash Management System, Including Maintenance of Existing Bank Accounts, Checks and Business Forms, (B) Authorizing Continuation of Existing Deposit Practices, (C) Waiving Certain U.S. Trustee Guidelines, (D) Authorizing Continuation of Intercompany Transactions and (E) Granting Priority Status to Postpetition Intercompany Claims [D.I. 4, 11/8/19]

  Status: This matter is going forward.

5. Debtors' Application for Appointment of Prime Clerk LLC as Claims and Noticing Agent [D.I. 5, 11/8/19]

  Status: This matter is going forward.

6. Motion of Debtors for Interim and Final Orders (A) Prohibiting Utility Companies From Altering or Discontinuing Service on Account of Prepetition Invoices, (B) Approving Deposit as Adequate Assurance of Payment and (C) Establishing Procedures for Resolving Requests By Utility Companies for Additional Assurance of Payment [D.I. 6, 11/8/19]

  Status: This matter is going forward.

7. Motion of Debtors for Interim and Final Orders (A) Authorizing Payment of Certain Prepetition Workforce Obligations, (B) Authorizing Continuance of Workforce Programs, (C) Authorizing Payment of Withholding and Payroll-Related Taxes and (D) Authorizing Payment of Prepetition Claims Owing to Workforce Program Administrators or Providers [D.I. 7, 11/8/19]

  Status: This matter is going forward.

8. Motion of Debtors for Interim and Final Orders Authorizing Payment of Prepetition Taxes and Fees [D.I. 8, 11/8/19]

    <u>Status</u>:    This matter is going forward.

9. Motion of Debtors for Order Authorizing (A) Payment of Prepetition Insurance Obligations and Prepetition Bonding Obligations and (B) Maintenance of Postpetition Insurance Coverage and Bonding Program [D.I. 9, 11/8/19]

    <u>Status</u>:    This matter is going forward.

10. Motion of Debtors for Interim and Final Orders Authorizing Payment of (A) Royalty Payments, (B) Working Interest Disbursements and (C) Other Obligations in the Ordinary Course of Business [D.I. 10, 11/8/19]

    <u>Status</u>:    This matter is going forward.

11. Motion of the Debtors for Entry of Interim and Final Orders (A) Authorizing Payment of Prepetition Lienable Operating Expenses and (B) Granting Related Relief [D.I. 11, 11/8/19]

    <u>Status</u>:    This matter is going forward.

12. Motion of Debtors for Entry of Interim and Final Orders (A) Authorizing the Debtors to Pay Prepetition Claims of Specified Trade Creditors, (B) Authorizing Applicable Banks and Other Financial Institutions to Honor and Process Related Checks and Transfers and (C) Granting Related Relief [D.I. 12, 11/8/19]

    <u>Status</u>:    This matter is going forward.

13. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Postpetition Financing and (B) Use Cash Collateral, (II) Granting Adequate Protection to Prepetition Secured Parties, (III) Granting Liens and Superpriority Claims, (IV) Modifying the Automatic Stay, (V) Scheduling a Final Hearing and (VI) Granting Related Relief [D.I. 13 (Sealed Version) and 14 (Redacted Version), 11/8/19]

    A. Declaration of Avi Robbins in Support of the Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Postpetition Financing and (B) Use Cash Collateral, (II) Granting Adequate Protection to Prepetition Secured Parties, (III) Granting Liens and Superpriority Claims, (IV) Modifying the Automatic Stay, (V) Scheduling a Final Hearing and (VI) Granting Related Relief [D.I. 16, 11/8/19]

    <u>Status</u>:    This matter is going forward.

14. Motion of Debtors for Entry of an Order Authorizing the Filing Under Seal of the DIP Engagement Letter [D.I. 15, 11/8/19]

    <u>Status</u>:    This matter is going forward.

15. Motion of the Debtors for Entry of an Order (I) Scheduling Combined Hearing on Adequacy of Disclosure Statement and Confirmation of Pre-Packaged Plan; (II) Fixing Deadline to Object to Disclosure Statement and Pre-Packaged Plan; (III) Approving Prepetition Solicitation Procedures and Form and Manner of Notice of Commencement, Combined Hearing and Objection Deadline; (IV) Approving Notice and Objection Procedures for the Assumption or Rejection of Executory Contracts and Unexpired Leases; (V) Conditionally (A) Directing the United States Trustee Not to Convene Section 341(a) Meeting of Creditors and (B) Waiving Requirement of Filing Statements of Financial Affairs and Schedules of Assets and Liabilities; and (VI) Granting Related Relief [D.I. 17, 11/8/19]

    A. Joint Pre-Packaged Plan of Reorganization of Arsenal Resources Development LLC and Its Debtor Affiliates [D.I. 18, 11/8/19]

    B. Disclosure Statement for Joint Pre-Packaged Plan of Reorganization of Arsenal Resources Development LLC and Its Debtor Affiliates [D.I. 19, 11/8/19]

    C. Declaration of James Daloia of Prime Clerk LLC Regarding Solicitation of Votes and Tabulation of Ballots Cast on the Joint Pre-Packaged Plan of Reorganization of Arsenal Resources Development LLC and Its Debtor Affiliates [D.I. 21, 11/8/19]

    <u>Status</u>:   This matter is going forward.

*[Signature page follows]*

| | |
|---|---|
| Dated: November 8, 2019<br>Wilmington, Delaware | **YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br><br>*/s/ Kara Hammond Coyle*<br>Pauline K. Morgan (No. 3650)<br>Kara Hammond Coyle (No. 4410)<br>Ashley E. Jacobs (No. 5635)<br>Elizabeth S. Justison (No. 5911)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>Email: pmorgan@ycst.com<br>kcoyle@ycst.com<br>ajacobs@ycst.com<br>ejustison@ycst.com<br><br>- and -<br><br>**SIMPSON THACHER & BARTLETT LLP**<br><br>Michael H. Torkin (*pro hac vice* pending)<br>Kathrine A. McLendon (*pro hac vice* pending)<br>Nicholas E. Baker (*pro hac vice* pending)<br>Edward R. Linden (*pro hac vice* pending)<br>Jamie J. Fell (*pro hac vice* pending)<br>425 Lexington Avenue<br>New York, New York 10017<br>Telephone: (212) 455-2000<br>Facsimile: (212) 455-2502<br>Email: michael.torkin@stblaw.com<br>kmclendon@stblaw.com<br>nbaker@stblaw.com<br>edward.linden@stblaw.com<br>jamie.fell@stblaw.com<br><br>*Proposed Counsel for Debtors and Debtors in Possession* |