**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | : |
| | : Chapter 11 |
| ARSENAL RESOURCES DEVELOPMENT LLC, *et al.*, | : |
| | : Case No. 19-12347-BLS |
| | : |
| Debtors.[1] | : (Joint Administration Requested) |
| | : |

**NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that DTE Pipeline Company[2] ("DTE") hereby enters its appearance in the above-captioned cases by and through its counsel, McCarter & English, LLP and Sherman & Sterling LLP, and such counsel hereby requests, pursuant to Rules 2002, 3017 and 9007 of the Federal Rules of Bankruptcy Procedure and § 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in these cases be given and served upon the following persons at the addresses, telephone, facsimile numbers and e-mail addresses indicated below:

| | | |
|---|---|---|
| William F. Taylor, Jr. Esq. | Ian E. Roberts, Esq. | Jordan A. Wishnew, Esq. |
| Kate Roggio Buck, Esq | Shearman & Sterling LLP | Shearman & Sterling LLP |
| Shannon D. Humiston, Esq | 1100 Louisiana Street | 599 Lexington Avenue |
| McCarter & English, LLP | Suite 3300 | New York, NY 10022-6069 |
| 405 N. King Street, 8th Floor | Houston, TX 77002 | Phone: (212) 848-4000 |
| Wilmington, DE 19801 | Phone: (713) 354-4900 | jordan.wishnew@shearman.com |
| Phone: (302) 984-6300 | ian.roberts@shearman.com | |
| Fax: (302) 984-6399 | | |
| wtaylor@mccarter.com | | |
| kbuck@mccarter.com | | |
| shumiston@mccarter.com | | |

---

[1] The debtors in the chapter 11 cases, along with the last four digits of each debtor's United States federal tax identification number, are: Arsenal Resources Development LLC (4072); Arsenal Energy Holdings LLC (6279); Arsenal Resources Intermediate Holdings LLC (5901); Arsenal Resources Energy LLC (2820); Arsenal Resources Development Holdings 2 LLC (3020); Arsenal Resources Development Holdings 1 LLC (9647); Arsenal Gas Marketing LLC (1113); Arsenal Midstream LLC (9654); Arsenal Water LLC (2465); Ulysses Gathering LLC (6546); Mar Key LLC (5428); Arsenal Resources LLC (3422); River Ridge Energy Holdings, LLC (8135); River Ridge Energy, LLC (5623); River Ridge Pennsylvania, LLC (5444); River Ridge Operating, LLC (4051); and Seneca-Upshur Petroleum, LLC (9204). The debtors' mailing address is 6031 Wallace Road Ext., Suite 300, Wexford, PA 15090.

[2] DTE appears on behalf of its subsidiaries, DTE Appalachia Gathering, LLC and Stonewall Gas Gathering, LLC.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to § 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, electronic mail or otherwise filed or made with regard to the above-captioned cases and proceedings therein.

This Notice of Appearance and Demand for Notices and Papers shall not be deemed or construed to be a waiver of the rights (1) to have final orders in non-core matters entered only after de novo review by a District Court Judge, (2) to trial by jury in any proceeding so triable in these cases or any cases, controversy, or proceeding related to these cases, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) to any other rights, claims, actions, setoffs, or recoupments to which DTE is or may be entitled.

| | |
|---|---|
| Date:  November 11, 2019<br>Wilmington, DE | **McCARTER & ENGLISH LLP**<br><br>*/s/ William F. Taylor, Jr.*<br>William F. Taylor, Jr. (DE #2936)<br>Kate R. Buck (DE #5140)<br>Shannon D. Humiston (DE #5740)<br>405 North King Street, 8th Floor<br>Wilmington, DE 19801<br>Telephone:  (302) 984-6300<br>Facsimile:   (302) 984-6399<br>Email: wtaylor@mccarter.com<br>           kbuck@mccarter.com<br>           shumiston@mccarter.com<br><br>*Counsel for DTE Pipeline Company* |