# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Arsenal Resources Development, LLC, *et al.*, | Case No. 19-12347 (BLS) |
| Debtors. | (Joint Administration Requested) |

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE

**PLEASE TAKE NOTICE** that the undersigned hereby enters an appearance on behalf of **BJ Services, LLC, Flowco Production Solutions, LLC and Thru Tubing Solutions, Inc.** (the "Clients"), and, pursuant to 11 U.S.C. §§ 342(a) and 1109(b), Federal Rules of Bankruptcy Procedure 2002, 9007 and 9010(b) and the Local Rules of this Court, demands that all notices given or required to be given and all papers served or required to be served be directed to the following**:**

| | |
|---|---|
| Zachary S. McKay | N. Christopher Griffiths |
| Doré Rothberg McKay, P.C. | Connolly Gallagher LLP |
| 17171 Park Row, Suite 160 | 1201 North Market Street, 20th Floor |
| Houston, Texas 77084 | Wilmington, DE 19801 |
| Telephone:   (281) 892-1555 | Telephone: (302) 757-7300 |
| Facsimile:    (281) 200-0751 | Email: cgriffiths@connollygallagher.com |
| Email: zmckay@dorelawgroup.net | |

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the provisions of the Bankruptcy Code and Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, electronically or otherwise, which affects or pertains to the Debtors, the property of the Debtors or their chapter 11 estates.

**PLEASE TAKE FURTHER NOTICE** that neither this notice nor any later appearance, pleading, claim or suit shall waive the Clients' rights (1) to have final orders in non-core matters entered only after de novo review by a United States District Court, (2) to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, (3) to have a United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) to any other rights, claims, actions, defenses, setoffs or recoupments to which the Clients are, or may be, entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated: November 11, 2019

CONNOLLY GALLAGHER LLP

*/s/ N. Christopher Griffiths*
N. Christopher Griffiths (No. 5180)
1201 North Market Street, 20th Floor
Wilmington, DE  19801
Telephone: (302) 757-7300
Email: cgriffiths@connollygallagher.com

-and-

Zachary S. McKay
Doré Law Group, P.C.
17171 Park Row, Suite 160
Houston, Texas 77084
Telephone:     (281) 892-1555
Facsimile:     (281) 200-0751
Email:         zmckay@dorelawgroup.net

Counsel for BJ Services, LLC, Flowco Production Solutions, LLC and Thru Tubing Solutions, Inc.

#05496682