# N THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ARSENAL RESOURCES DEVELOPMENT LLC, *et al*<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 19-12347 (BLS)<br><br>(Joint Administration Requested) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that, pursuant to § 1109(b) of the United States Bankruptcy Code, if applicable, and Rules 2002 and 9010(b) of the Bankruptcy Rules, the undersigned counsel for Columbia Gas Transmission, LLC ("TCO") hereby enters their appearance and such counsel hereby requests that notice of all papers, including but not limited to orders, reports, pleadings, motions, applications or petitions, requests, disclosure statements, answer and reply papers, and notice of all hearings or other proceedings, whether transmitted by mail, hand-delivery, telephone, telegraph, telex, facsimile or otherwise, relating to any issue which may be raised in the above-captioned case be sent to:

---

[1] The debtors in the chapter 11 cases, along with the last four digits of each debtor's United States federal tax identification number, are: Arsenal Resources Development LLC (4072); Arsenal Energy Holdings LLC (6279); Arsenal Resources Intermediate Holdings LLC (5901); Arsenal Resources Energy LLC (2820); Arsenal Resources Development Holdings 2 LLC (3020); Arsenal Resources Development Holdings 1 LLC (9647); Arsenal Gas Marketing LLC (1113); Arsenal Midstream LLC (9654); Arsenal Water LLC (2465); Ulysses Gathering LLC (6546); Mar Key LLC (5428); Arsenal Resources LLC (3422); River Ridge Energy Holdings, LLC (8135); River Ridge Energy, LLC (5623); River Ridge Pennsylvania, LLC (5444); River Ridge Operating, LLC (4051); and Seneca-Upshur Petroleum, LLC (9204). The debtors' mailing address is 6031 Wallace Road Ext., Suite 300, Wexford, PA 15090.

<div style="columns:2">

Robert G. Burns
BRACEWELL LLP
1251 Avenue of Americas, 49th Floor
New York, New York 10020-1104
Telephone: (212) 508-6155
Facsimile: (212) 508-6101
Robert.Burns@bracewell.com

Mark E. Dendinger
BRACEWELL LLP
CityPlace I, 34th Floor
185 Asylum Street
Hartford, Connecticut 06103
Telephone: (860) 256-8541
Facsimile: (860) 760-6673
Mark.Dendinger@bracewell.com

Ryan M. Eletto
BRACEWELL LLP
2001 M Street NW, Ste 900
Washington, District of Columbia 20036
Telephone: (202) 828-5807
Facsimile: (202) 223-1225
Ryan.Eletto@bracewell.com

Steven L. Caponi, Esq. (No.3484)
Matthew B. Goeller, Esq. (No. 6283)
K&L Gates LLP
600 N. King Street, Suite 901
Wilmington, DE 19801
Tel: (302) 416-7000
Fax: (302) 416-7020
Email: steven.caponi@klgates.com
       matthew.goeller@klgates.com

</div>

**PLEASE TAKE FURTHER NOTICE** that this request includes not only the notices and papers referred to in the Bankruptcy Rules and the Bankruptcy Code provisions specified above, but also includes all orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile transmission, electronically, or otherwise, that: affect or seek to affect in any way the rights or interests of TCO, or any other party-in-interest in this proceeding; or require or prohibit, or seek to require or prohibit, any act, delivery of any property, payment or other conduct by TCO or any other party-in-interest.

**PLEASE TAKE FURTHER NOTICE** that the foregoing simply constitutes a demand and request for service and does not constitute consent to the jurisdiction of the Bankruptcy Court.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any prior or later appearance, pleading, claim, or suit shall waive any right of TCO to (a) have final orders in non-core matters entered only after de novo review by a District Court judge, (b) trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to this proceeding, (c) have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (d) any other rights, claims, actions, defenses, setoffs or recoupments, under agreements, in law, in equity, or otherwise, all of which are expressly reserved.

Dated:  November 12, 2019                **K&L GATES LLP**

 */s/ Steven L. Caponi*
Steven L. Caponi, Esq. (No. 3484)
Matthew B. Goeller, Esq. (No. 6283)
600 N. King Street, Suite 901
Wilmington, DE 19801
Tel: (302) 416-7000
Fax: (302) 416-7020
Email: steven.caponi@klgates.com

*Counsel for Columbia Gas Transmission, LLC*

## **CERTIFICATE OF SERVICE**

I, Steven L. Caponi, Esq., hereby certify that on November 12, 2019, I caused a copy of the forgoing *Notice of Appearance and Request for Service of Papers* to be served on those persons receiving notice through CM/ECF.

*/s/ Steven L. Caponi*
Steven L. Caponi, Esq. (No. 3484)