**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ARSENAL RESOURCES DEVELOPMENT LLC, *et al.*, | ) Case No. 19-12347 (BLS) |
| | ) |
| | ) Jointly Administered |
| Debtors.[1] | ) |
| | ) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON DECEMBER 4, 2019 AT 10:00 A.M. (ET)[2]**

**Location:** UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 N. MARKET STREET, 5TH FLOOR, COURTROOM NO. 4, WILMINGTON, DELAWARE 19801

**UNCONTESTED MATTERS – CERTIFICATIONS FILED**

1. Motion of Debtors for Interim and Final Orders (A) Authorizing Continued Use of Existing Cash Management System, Including Maintenance of Existing Bank Accounts, Checks and Business Forms, (B) Authorizing Continuation of Existing Deposit Practices, (C) Waiving Certain U.S. Trustee Guidelines, (D) Authorizing Continuation of Intercompany Transactions and (E) Granting Priority Status to Postpetition Intercompany Claims [D.I. 4, 11/8/19]

    Response Deadline:         November 27, 2019 at 4:00 p.m. (ET)

    Responses Received:        None

    Related Documents:

    A.    Interim Order [D.I. 81, 11/12/19]

---

[1] The debtors in the chapter 11 cases, along with the last four digits of each debtor's United States federal tax identification number, are: Arsenal Resources Development LLC (4072); Arsenal Energy Holdings LLC (6279); Arsenal Resources Intermediate Holdings LLC (5901); Arsenal Resources Energy LLC (2820); Arsenal Resources Development Holdings 2 LLC (3020); Arsenal Resources Development Holdings 1 LLC (9647); Arsenal Gas Marketing LLC (1113); Arsenal Midstream LLC (9654); Arsenal Water LLC (2465); Ulysses Gathering LLC (6546); Mar Key LLC (5428); Arsenal Resources LLC (3422); River Ridge Energy Holdings, LLC (8135); River Ridge Energy, LLC (5623); River Ridge Pennsylvania, LLC (5444); River Ridge Operating, LLC (4051); and Seneca-Upshur Petroleum, LLC (9204). The debtors' mailing address is 6031 Wallace Road Ext., Suite 300, Wexford, PA 15090.

[2] Please be advised that the hearing will be held on the **5th Floor, in Courtroom No. 4**.

      B.      Omnibus Notice of First Day Motions and Final Hearing Thereon [D.I. 108, 11/13/19]

      C.      Certification of Counsel [D.I. 146, 12/2/19]

      D.      Proposed Final Order

Status:    The Debtors did not receive any responses to entry of the Proposed Final Order. The Debtors incorporated the informal comments they received to the Interim Order to the Proposed Final Order and submitted a revised Proposed Final Order under Certification of Counsel. No hearing is necessary unless the Court has questions.

2. Motion of Debtors for Interim and Final Orders (A) Prohibiting Utility Companies From Altering or Discontinuing Service on Account of Prepetition Invoices, (B) Approving Deposit as Adequate Assurance of Payment and (C) Establishing Procedures for Resolving Requests By Utility Companies for Additional Assurance of Payment [D.I. 6, 11/8/19]

    Response Deadline:               November 27, 2019 at 4:00 p.m. (ET)

    Responses Received:             None

    Related Documents:

      A.      Interim Order [D.I. 83, 11/12/19]

      B.      Omnibus Notice of First Day Motions and Final Hearing Thereon [D.I. 108, 11/13/19]

      C.      Certification of Counsel [D.I. 147, 12/2/19]

      D.      Proposed Final Order

Status:    The Debtors did not receive any responses to entry of the Proposed Final Order. The Debtors incorporated the informal comments they received to the Interim Order to the Proposed Final Order and submitted a revised Proposed Final Order under Certification of Counsel. No hearing is necessary unless the Court has questions.

3. Motion of Debtors for Interim and Final Orders (A) Authorizing Payment of Certain Prepetition Workforce Obligations, (B) Authorizing Continuance of Workforce Programs, (C) Authorizing Payment of Withholding and Payroll-Related Taxes and (D) Authorizing Payment of Prepetition Claims Owing to Workforce Program Administrators or Providers [D.I. 7, 11/8/19]

    Response Deadline:               November 27, 2019 at 4:00 p.m. (ET)

    Responses Received:             None

   Related Documents:

    A. Interim Order [D.I. 85, 11/12/19]

    B. Omnibus Notice of First Day Motions and Final Hearing Thereon [D.I. 108, 11/13/19]

    C. Certificate of No Objection [D.I. 137, 12/2/19]

    D. Proposed Final Order

   Status: No objections have been received and a Certificate of No Objection has been filed. No hearing is necessary unless the Court has questions.

4. Motion of Debtors for Interim and Final Orders Authorizing Payment of Prepetition Taxes and Fees [D.I. 8, 11/8/19]

   Response Deadline:    November 27, 2019 at 4:00 p.m. (ET)

   Responses Received:    None

   Related Documents:

    A. Interim Order [D.I. 87, 11/12/19]

    B. Omnibus Notice of First Day Motions and Final Hearing Thereon [D.I. 108, 11/13/19]

    C. Certificate of No Objection [D.I. 138, 12/2/19]

    D. Proposed Final Order

   Status: No objections have been received and a Certificate of No Objection has been filed. No hearing is necessary unless the Court has questions.

5. Motion of Debtors for Interim and Final Orders Authorizing Payment of (A) Royalty Payments, (B) Working Interest Disbursements and (C) Other Obligations in the Ordinary Course of Business [D.I. 10, 11/8/19]

   Response Deadline:    November 27, 2019 at 4:00 p.m. (ET)

   Responses Received:    None

   Related Documents:

    A. Interim Order [D.I. 90, 11/12/19]

      B.      Omnibus Notice of First Day Motions and Final Hearing Thereon [D.I. 108, 11/13/19]

      C.      Certification of Counsel [D.I. 148, 12/2/19]

      D.      Proposed Final Order

Status:      The Debtors did not receive any responses to entry of the Proposed Final Order. The Debtors incorporated the informal comments they received to the Interim Order to the Proposed Final Order and submitted a revised Proposed Final Order under Certification of Counsel. No hearing is necessary unless the Court has questions.

6.      Motion of the Debtors for Entry of Interim and Final Orders (A) Authorizing Payment of Prepetition Lienable Operating Expenses and (B) Granting Related Relief [D.I. 11, 11/8/19]

      Response Deadline:      November 27, 2019 at 4:00 p.m. (ET)

      Responses Received:      None

      Related Documents:

      A.      Interim Order [D.I. 91, 11/12/19]

      B.      Omnibus Notice of First Day Motions and Final Hearing Thereon [D.I. 108, 11/13/19]

      C.      Certificate of No Objection [D.I. 139 12/2/19]

      D.      Proposed Final Order

Status:      No objections have been received and a Certificate of No Objection has been filed. No hearing is necessary unless the Court has questions.

7.      Motion of Debtors for Entry of Interim and Final Orders (A) Authorizing the Debtors to Pay Prepetition Claims of Specified Trade Creditors, (B) Authorizing Applicable Banks and Other Financial Institutions to Honor and Process Related Checks and Transfers and (C) Granting Related Relief [D.I. 12, 11/8/19]

      Response Deadline:      November 27, 2019 at 4:00 p.m. (ET)

      Responses Received:      None

      Related Documents:

      A.      Interim Order [D.I. 92, 11/12/19]

      B.      Omnibus Notice of First Day Motions and Final Hearing Thereon [D.I. 108, 11/13/19]

      C.      Certificate of No Objection [D.I. 140, 12/2/19]

      D.      Proposed Final Order

Status:    No objections have been received and a Certificate of No Objection has been filed. No hearing is necessary unless the Court has questions.

8. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Postpetition Financing and (B) Use Cash Collateral, (II) Granting Adequate Protection to Prepetition Secured Parties, (III) Granting Liens and Superpriority Claims, (IV) Modifying the Automatic Stay, (V) Scheduling a Final Hearing and (VI) Granting Related Relief [D.I. 13 (Sealed Version) and 14 (Redacted Version), 11/8/19]

    Response Deadline:      November 27, 2019 at 4:00 p.m. (ET)

    Responses Received:

      A.      Informal comments from Columbia Gas Transmission, LLC

    Related Documents:

      B.      Declaration of Avi Robbins in Support of the Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Postpetition Financing and (B) Use Cash Collateral, (II) Granting Adequate Protection to Prepetition Secured Parties, (III) Granting Liens and Superpriority Claims, (IV) Modifying the Automatic Stay, (V) Scheduling a Final Hearing and (VI) Granting Related Relief [D.I. 16, 11/8/19]

      C.      Interim Order [D.I. 99, 11/12/19]

      D.      Omnibus Notice of First Day Motions and Final Hearing Thereon [D.I. 108, 11/13/19]

      E.      Certification of Counsel [D.I. 149, 12/2/19]

      F.      Proposed Order

Status:    Columbia Gas Transmission, LLC's concerns have been resolved, and a proposed form of order approving the Motion on a final basis (the "Proposed Final Order") has been submitted under Certification of Counsel. The Proposed Final Order also reflects the informal comments the Debtors received to the Interim Order. No hearing is necessary unless the Court has questions.

9.   Motion of Debtors for Entry of an Order Authorizing the Filing Under Seal of the DIP Engagement Letter [D.I. 15, 11/8/19]

    Response Deadline:    November 27, 2019 at 4:00 p.m. (ET)

    Responses Received:    None

    Related Documents:

        A.    Notice of Motion [D.I. 109, 11/13/19]

        B.    Certificate of No Objection [D.I. 141, 12/2/19]

        C.    Proposed Order

    Status:    No objections have been received and a Certificate of No Objection has been filed. No hearing is necessary unless the Court has questions.

10.   Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Simpson Thacher & Bartlett LLP as Counsel to the Debtors Pursuant to Sections 327(a) and 330 of the Bankruptcy Code, Bankruptcy Rules 2014(a) and 2016, and Local Rules 2014-1 and 2016-1 *Nunc Pro Tunc* to the Petition Date [D.I. 110, 11/13/19]

    Response Deadline:    November 27, 2019 at 4:00 p.m. (ET)

    Responses Received:

    Related Documents:

        A.    Supplemental Declaration of Michael H. Torkin in Support of the Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Simpson Thacher & Bartlett LLP as Counsel to the Debtors Pursuant to Sections 327(a) and 330 of the Bankruptcy Code, Bankruptcy Rules 2014(a) and 2016, and Local Rules 2014-1 and 2016-1 *Nunc Pro Tunc* to the Petition Date [D.I. 144, 12/2/19]

        B.    Certificate of No Objection [D.I. 145, 12/2/19]

        C.    Proposed Order

    Status:    No objections have been received and a Certificate of No Objection has been filed. No hearing is necessary unless the Court has questions.

11.   Debtors' Application for an Order, Pursuant to Section 327(a) of the Bankruptcy Code, Authorizing the Retention and Employment of Young Conaway Stargatt & Taylor, LLP as Co-Counsel to the Debtors, *Nunc Pro Tunc* to the Petition Date [D.I. 111, 11/13/19]

    Response Deadline:    November 27, 2019 at 4:00 p.m. (ET)

Responses Received:

    A.    Informal comments from the Office of the United States Trustee

Related Documents:

    B.    Certification of Counsel [D.I. 150, 12/2/19]

    C.    Proposed Order

Status:    The Office of the United States Trustee's concerns have been resolved. No hearing is necessary unless the Court has questions.

12. Debtors' Application for Entry of an Order Authorizing the Employment and Retention of PJT Partners LP as Investment Banker for the Debtors and Debtors in Possession *Nunc Pro Tunc* to the Petition Date Pursuant to Sections 327(a) and 328 of the Bankruptcy Code [D.I. 112, 11/13/19]

    Response Deadline:    November 27, 2019 at 4:00 p.m. (ET)

    Responses Received:

    A.    Informal comments from the Office of the United States Trustee

    Related Documents:

    B.    Certification of Counsel [D.I. 151, 12/2/19]

    C.    Proposed Order

    Status:    The Office of the United States Trustee's concerns have been resolved, and a revised proposed form of order has been submitted under Certification of Counsel. No hearing is necessary unless the Court has questions.

13. Debtors' Application to Employ and Retain Alvarez & Marsal North America, LLC as Restructuring Advisors to Debtors and Debtors in Possession *Nunc Pro Tunc* to the Petition Date Pursuant to Sections 327(a) and 328 of the Bankruptcy Code [D.I. 113, 11/13/19]

    Response Deadline:    November 27, 2019 at 4:00 p.m. (ET)

    Responses Received:

    A.    Informal comments from the Office of the United States Trustee

    Related Documents:

    B.    Certification of Counsel [D.I. 152, 12/2/19]

      C.      Proposed Order

    Status:    The Office of the United States Trustee's concerns have been resolved, and a revised proposed form of order has been submitted under Certification of Counsel. No hearing is necessary unless the Court has questions.

14.    Application of Debtors for Order Authorizing Employment and Retention of Prime Clerk LLC as Administrative Advisor to the Debtors Effective *Nunc Pro Tunc* to Petition Date [D.I. 114, 11/13/19]

    Response Deadline:    November 27, 2019 at 4:00 p.m. (ET)

    Responses Received:    None

    Related Documents:

      A.      Certificate of No Objection [D.I. 142, 12/2/19]

      B.      Proposed Order

    Status:    No objections have been received and a Certificate of No Objection has been filed. No hearing is necessary unless the Court has questions.

15.    Motion of Debtors for Order Authorizing Employment and Payment of Professionals Utilized in the Ordinary Course of Business [D.I. 129, 11/20/19]

    Response Deadline:    November 27, 2019 at 4:00 p.m. (ET)

    Responses Received:

      A.      Informal comments from the Office of the United States Trustee

    Related Documents:

      B.      Certificate of No Objection [D.I. 143, 12/2/19]

      C.      Proposed Order

    Status:    No objections have been received and a Certificate of No Objection has been filed. No hearing is necessary unless the Court has questions.

*[Signature page follows]*

| | |
|---|---|
| Dated: December 2, 2019<br>Wilmington, Delaware | **YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br><br>*/s/ Kara Hammond Coyle*<br>Pauline K. Morgan (No. 3650)<br>Kara Hammond Coyle (No. 4410)<br>Ashley E. Jacobs (No. 5635)<br>Elizabeth S. Justison (No. 5911)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>Email: pmorgan@ycst.com<br>kcoyle@ycst.com<br>ajacobs@ycst.com<br>ejustison@ycst.com<br><br>- and -<br><br>**SIMPSON THACHER & BARTLETT LLP**<br><br>Michael H. Torkin (*pro hac vice* pending)<br>Kathrine A. McLendon (*pro hac vice* pending)<br>Nicholas E. Baker (*pro hac vice* pending)<br>Edward R. Linden (*pro hac vice* pending)<br>Jamie J. Fell (*pro hac vice* pending)<br>425 Lexington Avenue<br>New York, New York 10017<br>Telephone: (212) 455-2000<br>Facsimile: (212) 455-2502<br>Email: michael.torkin@stblaw.com<br>kmclendon@stblaw.com<br>nbaker@stblaw.com<br>edward.linden@stblaw.com<br>jamie.fell@stblaw.com<br><br>*Proposed Counsel for Debtors and Debtors in Possession* |