UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | : |
| | :     Chapter 11 |
| | : |
| ARSENAL RESOURCES | :     Case No. 19-12347 |
| DEVELOPMENT, LLC | : |
| | :     (Jointly Administered) |
| DEBTOR, | : |
| | : |

## NOTICE OF APPEARANCE, REQUEST FOR NOTICE ON BEHALF OF THE STATE OF OHIO, OHIO ENVIRONMENTAL PROTECTION AGENCY AND THE OHIO DEPARTMENT OF NATURAL RESOURCES

PLEASE TAKE NOTICE that the State of Ohio, Ohio Environmental Protection Agency ("Ohio EPA") and the Ohio Department of Natural Resources ("ODNR") appears by and through their counsel, the Attorney General of Ohio, for the purpose of directing, pursuant to Fed. R. Bankr. P. 2002(g), that all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served at the following address:

Michael E. Idzkowski
Assistant Attorney General
Environmental Enforcement Section
30 E. Broad Street, 25th Floor
Columbus, Ohio 43215
Phone: (614) 466-2766
Fax: (614) 644-1926
Michael.Idzkowski@OhioAttorneyGeneral.gov

Timothy J. Kern
Assistant Attorney General
Environmental Enforcement Section
30 E. Broad Street, 25th Floor
Columbus, Ohio 43215
Phone: (614) 466-5261
Fax: (614) 644-1926
Timothy.Kern@OhioAttorneyGeneral.gov

1

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices referred to in Fed. R. Bankr. P. 2002 but also includes, without limitation, any orders, applications, motions, petitions, plans, pleadings, requests, complaints or other papers which affect or seek to affect in any way the procedural or equitable rights or interests of the State of Ohio, the Ohio EPA and the ODNR.

This notice of appearance is being filed for the sole purpose of notifying the Court and the parties of the address to be used for service of notices, orders, reports, and pleadings. The undersigned does not have the authority or capacity to waive the sovereign immunity of the State of Ohio, the Ohio EPA or the ODNR, or to consent to this Court's exercise of jurisdiction over the State of Ohio, the Ohio EPA and the ODNR. Accordingly, this notice of appearance does not constitute a waiver of sovereign immunity by or on behalf of the State of Ohio, the Ohio EPA, the ODNR or any department, agency, board, or other instrumentality of the State of Ohio, the Ohio EPA or the ODNR.

Respectfully submitted,

**DAVE YOST**
**OHIO ATTORNEY GENERAL**

/s/ Michael E. Idzkowski
Michael E. Idzkowski (0062839)
Timothy J. Kern (0034629)
Assistant Attorney General
Environmental Enforcement Section
30 East Broad Street, 25th Floor
Columbus, OH  43215
(614) 466-2766
(614) 644-1926 (Fax)
michael.idzkowski@ohioattorneygeneral.gov
*Attorney for State of Ohio*