## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ARSENAL RESOURCES DEVELOPMENT | ) Case No. 19-12347 (BLS) |
| LLC, *et al.*, | ) |
| | ) Jointly Administered |
| Debtors.[1] | ) |
| | ) |

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON DECEMBER 19, 2019 AT 10:00 A.M. (ET)

### CONFIRMATION

1.    Confirmation of First Amended Joint Pre-Packaged Plan of Reorganization of Arsenal Resources Development LLC and Its Debtor Affiliates [D.I. 197, 12/17/19]

   Confirmation Response Deadline:          December 12, 2019 at 4:00 p.m. (ET)

   Confirmation Responses Received:

   A.    Informal comments from the Office of the United States Trustee for the District of Delaware

   B.    Informal comments from the United States Department of Justice

   C.    Informal comments from the Attorney General for the State of Texas

   D.    Informal comments from the United States Securities and Exchange Commission

   E.    Informal comments from Morris Mountaineer Oil and Gas LLC

   F.    Informal comments from Truman E. Gore and C. Burke Morris Trust dated August 24, 1966

---

[1]    The debtors in the chapter 11 cases, along with the last four digits of each debtor's United States federal tax identification number, are: Arsenal Resources Development LLC (4072); Arsenal Energy Holdings LLC (6279); Arsenal Resources Intermediate Holdings LLC (5901); Arsenal Resources Energy LLC (2820); Arsenal Resources Development Holdings 2 LLC (3020); Arsenal Resources Development Holdings 1 LLC (9647); Arsenal Gas Marketing LLC (1113); Arsenal Midstream LLC (9654); Arsenal Water LLC (2465); Ulysses Gathering LLC (6546); Mar Key LLC (5428); Arsenal Resources LLC (3422); River Ridge Energy Holdings, LLC (8135); River Ridge Energy, LLC (5623); River Ridge Pennsylvania, LLC (5444); River Ridge Operating, LLC (4051); and Seneca-Upshur Petroleum, LLC (9204).  The debtors' mailing address is 6031 Wallace Road Ext., Suite 300, Wexford, PA 15090.

G.    Limited Objection of Cleveland Brothers Equipment Co., Inc. to the Joint Pre-Packaged Plan of Reorganization of Arsenal Resources Development LLC and Its Debtor Affiliates [D.I. 185, 12/12/19]

H.    Limited Objection and Reservation of Rights of DTE Pipeline Company [D.I. 187, 12/12/19]

I.    Limited Objection and Reservation of Rights of Equitrans L.P. [D.I. 188, 12/12/19]

J.    Objection of IOG Resources LLC [D.I. 193 (Sealed Version) and D.I. 194 (Redacted Version), 12/13/19]

      i.    Notice of Withdrawal [D.I. 196, 12/17/19]

Executory Contract Response Deadline:        December 12, 2019 at 4:00 p.m. (ET)

Executory Contract Responses Received:

K.    Informal comments from J-W Power Company

L.    Limited Objection and Reservation of Rights of Equitrans L.P. [D.I. 189, 12/12/19]

Related Documents:

M.    Declaration of Allen Goetz, the Debtors' Chief Financial Officer, in Support of Chapter 11 Petitions and First Day Relief [D.I. 2, 11/8/19]

N.    Disclosure Statement for Joint Pre-Packaged Plan of Reorganization of Arsenal Resources Development LLC and Its Debtor Affiliates [D.I. 19, 11/8/19]

O.    Declaration of James Daloia of Prime Clerk LLC Regarding Solicitation of Votes and Tabulation of Ballots Cast on the Joint Pre-Packaged Plan of Reorganization of Arsenal Resources Development LLC and Its Debtor Affiliates  [D.I. 21, 11/8/19]

P.    Affidavit of Service of Solicitation Materials [D.I. 60, 11/11/19]

Q.    Order (I) Scheduling a Combined Hearing on Adequacy of Disclosure Statement and Confirmation of Pre-Packaged Plan; (II) Fixing Deadline to Object to Disclosure Statement and Pre-Packaged Plan; (III) Approving Prepetition Solicitation Procedures and Form and Manner of Notice of Commencement, Combined Hearing and Objection Deadline; (IV) Approving Notice and Objection Procedures for the Assumption or Rejection of

Executory Contracts and Unexpired Leases; (V) Conditionally (A) Directing the United States Trustee Not to Convene Section 341(a) Meeting of Creditors and (B) Waving Requirement of Filing Statements of Financial Affairs and Schedules of Assets and Liabilities; and (VI) Granting Related Relief [D.I. 93, 11/12/19]

R.  Notice of (I) Commencement of Pre-Packaged Chapter 11 Cases Under Chapter 11 of the Bankruptcy Code, (II) Combined Hearing to Consider (A) Adequacy of Disclosure Statement and (B) Confirmation of Pre-Packaged Plan, (III) Assumption of Executory Contracts and Unexpired Leases and Cure Amounts and (IV) Objection Deadlines – and – Summary of Pre-Packaged Plan [D.I. 101, 11/12/19]

S.  Affidavit of Service Regarding Docket No. 101 [D.I. 126, 11/19/19]

T.  Affidavit of Publication [D.I. 128, 11/9/19]

U.  Notice of Filing of Plan Supplement for Joint Pre-Packaged Plan of Reorganization of Arsenal Resources Development LLC and Its Debtor Affiliates [D.I. 175, 12/5/19]

V.  Notice of Filing of Amended Plan Supplement for First Amended Joint Pre-Packaged Plan of Reorganization of Arsenal Resources Development LLC and Its Debtor Affiliates [D.I. 195, 12/17/19]

W.  Notice of Filing of Blackline of First Amended Joint Pre-Packaged Plan of Reorganization of Arsenal Resources Development LLC and Its Debtor Affiliates [D.I. 198, 12/17/19]

X.  Declaration of Avi Robbins in Support of an Order (I) Approving the Adequacy of the Disclosure Statement and the Prepetition Solicitation Procedures and (II) Confirming the First Amended Joint Pre-Packaged Plan of Reorganization [D.I. 199, 12/17/19]

Y.  Declaration of Matthew J. Henry in Support of an Order (I) Approving the Adequacy of the Disclosure Statement and the Prepetition Solicitation Procedures and (II) Confirming the First Amended Joint Pre-Packaged Plan of Reorganization [D.I. 200, 12/17/19]

Z.  Memorandum of Law (A) in Support of an Order (I) Approving the Adequacy of the Disclosure Statement and the Prepetition Solicitation Procedures and (II) Confirming the First Amended Joint Pre-Packaged Plan of Reorganization and (B) to Reply to Objection [D.I. 202, 12/17/19]

AA.  Debtors' Motion for Leave to Exceed Page Limit Requirements With Respect to the Debtors' Memorandum of Law (A) in Support of an Order

      (I) Approving the Adequacy of the Disclosure Statement and the Prepetition Solicitation Procedures and (II) Confirming the First Amended Joint Pre-Packaged Plan of Reorganization and (B) to Reply to Objection [D.I. 203, 12/17/19]

BB.    Notice of Filing of Proposed Order (I) Approving the Adequacy of the Disclosure Statement and the Prepetition Solicitation Procedures and (II) Confirming the First Amended Joint Pre-Packaged Plan of Reorganization [D.I. 204, 12/17/19]

CC.    Declaration of Allen Goetz, the Debtors' Chief Financial Officer, in Support of the Memorandum of Law in Support of an Order (I) Approving the Adequacy of the Disclosure Statement and the Prepetition Solicitation Procedures and (II) Confirming the First Amended Joint Pre-Packaged Plan of Reorganization [D.I. 201, 12/17/19]

<u>Status</u>:    Item J. has been withdrawn. Items A through F, H, I, K and L have been resolved. The hearing on confirmation of the Amended Plan and Item G is going forward.

2.    IOG Resources LLC's Motion for Entry of an Order Authorizing IOG Resources LLC to File Its Objection to Confirmation of the Joint Pre-Packaged Plan of Reorganization of Arsenal Resources Development LLC and Its Debtor Affiliates [D.I. 192, 12/13/19]

<u>Response Deadline</u>:               N/A

<u>Responses Received</u>:           None

<u>Related Documents</u>:

A.    Objection of IOG Resources LLC [D.I. 193 (Sealed Version) and D.I. 194 (Redacted Version), 12/13/19]

<u>Status</u>:    IOG Resources LLC withdrew its confirmation objection that pertains to this seal motion [D.I. 196]. Accordingly, this matter is moot.

*[remainder of page intentionally left blank]*

Dated:  December 17, 2019
       Wilmington, Delaware

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*/s/ Elizabeth S. Justison*
Pauline K. Morgan (No. 3650)
Kara Hammond Coyle (No. 4410)
Ashley E. Jacobs (No. 5635)
Elizabeth S. Justison (No. 5911)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone:    (302) 571-6600
Facsimile:    (302) 571-1253
Email:       pmorgan@ycst.com
           kcoyle@ycst.com
           ajacobs@ycst.com
           ejustison@ycst.com

- and -

**SIMPSON THACHER & BARTLETT LLP**

Michael H. Torkin (admitted *pro hac vice*)
Kathrine A. McLendon (admitted *pro hac vice*)
Nicholas E. Baker (admitted *pro hac vice*)
Edward R. Linden (admitted *pro hac vice*)
Jamie J. Fell (admitted *pro hac vice*)
425 Lexington Avenue
New York, New York 10017
Telephone:    (212) 455-2000
Facsimile:    (212) 455-2502
Email:       michael.torkin@stblaw.com
           kmclendon@stblaw.com
           nbaker@stblaw.com
           edward.linden@stblaw.com
           jamie.fell@stblaw.com

*Counsel for Debtors and Debtors in Possession*