IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| ARSENAL RESOURCES DEVELOPMENT LLC, *et al.*, | ) Case No. 19-12347 (BLS) |
| Debtors.[1] | ) Jointly Administered |
|  | ) **Ref. Docket No. 216** |

NOTICE OF (I) ENTRY OF ORDER (I) APPROVING THE ADEQUACY OF THE
DISCLOSURE STATEMENT AND THE PREPETITION SOLICITATION PROCEDURES
AND (II) CONFIRMING THE FIRST AMENDED JOINT PRE-PACKAGED PLAN OF
REORGANIZATION; (II) OCCURRENCE OF EFFECTIVE DATE;
AND (III) DEADLINES FOR FILING CLAIMS

**PLEASE TAKE NOTICE THAT:**

1. **Confirmation of the Plan**. On December 19, 2019, the United States Bankruptcy Court for the District of Delaware (the "***Bankruptcy Court***") entered its *Order (I) Approving the Adequacy of the Disclosure Statement and the Prepetition Solicitation Procedures and (II) Confirming the First Amended Joint Pre-Packaged Plan of Reorganization* [Docket No. 216] (the "***Confirmation Order***"), which, among other things, confirmed the *First Amended Joint Pre-Packaged Plan of Reorganization of Arsenal Resources Development LLC and Its Debtor Affiliates* [Docket No. 197] (as confirmed, the "***Plan***").[2] Copies of the Confirmation Order and the Plan may be obtained free of charge at http://cases.primeclerk.com/arsenal.

2. **Effective Date**. The Effective Date of the Plan occurred on **January 7, 2020**. Each of the conditions precedent to the Effective Date has been satisfied or waived in accordance with the terms of the Plan.

3. **Bar Date for Professional Fee Claims**. In accordance with Article II.A(i) of the Plan, any Professional asserting a Professional Fee Claim for services rendered before the Confirmation Date must file and serve an application for final allowance of such Professional

---

[1] The debtors in the chapter 11 cases, along with the last four digits of each debtor's United States federal tax identification number, are: Arsenal Resources Development LLC (4072); Arsenal Energy Holdings LLC (6279); Arsenal Resources Intermediate Holdings LLC (5901); Arsenal Resources Energy LLC (2820); Arsenal Resources Development Holdings 2 LLC (3020); Arsenal Resources Development Holdings 1 LLC (9647); Arsenal Gas Marketing LLC (1113); Arsenal Midstream LLC (9654); Arsenal Water LLC (2465); Ulysses Gathering LLC (6546); Mar Key LLC (5428); Arsenal Resources LLC (3422); River Ridge Energy Holdings, LLC (8135); River Ridge Energy, LLC (5623); River Ridge Pennsylvania, LLC (5444); River Ridge Operating, LLC (4051); and Seneca-Upshur Petroleum, LLC (9204). The debtors' mailing address is 6031 Wallace Road Ext., Suite 300, Wexford, PA 15090.

[2] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to such terms in the Confirmation Order.

Fee Claim no later than February 21, 2020 on the following parties: (a) the Reorganized OpCo Debtors, 6031 Wallace Road Ext., Suite 3000, Wexford, Pennsylvania 15090, Attn: Craig Lavender (clavender@arsenalresources.com); (b) co-counsel to the Reorganized OpCo Debtors, (i) Simpson Thacher & Bartlett LLP, 425 Lexington Avenue, New York, New York 10017, Attn: Michael H. Torkin and Nicholas E. Baker (michael.torkin@stblaw.com, nbaker@stblaw.com) and (ii) Young Conaway Stargatt & Taylor, LLP, Rodney Square, 1000 North King Street, Wilmington, Delaware 19801, Attn: Pauline K. Morgan and Kara Hammond Coyle (Pmorgan@ycst.com, Kcoyle@ycst.com); (c) the Office of the United States Trustee for the District of Delaware, 844 North King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801, Attn: Benjamin A. Hackman (Benjamin.A.Hackman@usdoj.gov); and (d) any other party that has filed a request for notices with the Bankruptcy Court. Any Holder of a Professional Fee Claim that does not file and serve such application by such date shall be forever barred from asserting such Professional Fee Claim against the Debtors, the Reorganized Debtors, or their respective properties, and such Professional Fee Claim shall be deemed discharged as of the Effective Date. Objections to Professional Fee Claims must be filed and served on the Reorganized OpCo Debtors and the applicable Professional no later than thirty (30) days after the filing of the final fee application with respect to the Professional Fee Claim.

4. **Deadline to File Rejection Damages Claim**. Proofs of Claim with respect to Claims arising from the rejection of Executory Contracts or Unexpired Leases, if any, must be filed with the Bankruptcy Court no later than February 6, 2020. **Any Claims arising from the rejection of an Executory Contract or Unexpired Lease not filed within such time will be automatically disallowed, forever barred from assertion, and shall not be enforceable against, as applicable, the Debtors, the Reorganized OpCo Debtors, the Estates or property of the foregoing parties, without the need for any objection by the Debtors or the Reorganized OpCo Debtors, as applicable, or further notice to, or action, order or approval of the Bankruptcy Court or any other Entity, and any Claim arising out of the rejection of the Executory Contract or Unexpired Lease shall be deemed fully satisfied, released and discharged, notwithstanding anything in a Proof of Claim to the contrary.**

5. **Discharge, Release, Exculpation, Injunction and Related Provisions**. The Bankruptcy Court has approved certain discharge, release, exculpation, injunction and related provisions in Article XI of the Plan. The Plan and the Confirmation Order contain other provisions that may affect your rights. You are encouraged to review the Plan and the Confirmation Order in their entirety.

6. **Binding Effect**. Effective as of the Effective Date, except as expressly provided in the Plan or the Confirmation Order, the terms of the Plan (including the Plan Supplement and the exhibits thereto) and the Confirmation Order are immediately effective and enforceable and deemed binding upon the Debtors, the Reorganized Debtors, and any and all Holders of Claims or Equity Interests (irrespective of whether Holders of such Claims or Equity Interests are deemed to have accepted the Plan), all Entities that are parties to or are subject to the Plan, each Entity acquiring property under the Plan and any and all non-Debtor parties to Executory Contracts and Unexpired Leases with the Debtors.

| | |
|---|---|
| Dated: January 7, 2020<br>Wilmington, Delaware | **YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br><br>*/s/ Elizabeth S. Justison*<br>Pauline K. Morgan (No. 3650)<br>Kara Hammond Coyle (No. 4410)<br>Ashley E. Jacobs (No. 5635)<br>Elizabeth S. Justison (No. 5911)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone:  (302) 571-6600<br>Facsimile:  (302) 571-1253<br>Email:  pmorgan@ycst.com<br>  kcoyle@ycst.com<br>  ajacobs@ycst.com<br>  ejustison@ycst.com<br><br>- and -<br><br>**SIMPSON THACHER & BARTLETT LLP**<br>Michael H. Torkin (admitted *pro hac vice*)<br>Kathrine A. McLendon (admitted *pro hac vice*)<br>Nicholas E. Baker (admitted *pro hac vice*)<br>Edward R. Linden (admitted *pro hac vice*)<br>Jamie J. Fell (admitted *pro hac vice*)<br>425 Lexington Avenue<br>New York, New York 10017<br>Telephone:  (212) 455-2000<br>Facsimile:  (212) 455-2502<br>Email:  michael.torkin@stblaw.com<br>  kmclendon@stblaw.com<br>  nbaker@stblaw.com<br>  edward.linden@stblaw.com<br>  jamie.fell@stblaw.com<br><br>*Counsel for the Reorganized Debtors* |